# UNITED STATES DISTRICT COURT
### Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| RANDELL EDWARD GRIFFITH | ) |
| | ) Case No.  3 22-cr-00356 |
| | ) USM No. 57638-511 |
| | ) William Allensworth |
| | )  Defendant's Attorney |

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)    1                    of the term of supervision

☐ was found in violation of condition(s) count(s)                    after denial of guilt

The defendant is adjudicated guilty of these violations·

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to report to the Probation Office upon release from imprisonment | 05/28/2026 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984

☐ The defendant has not violated condition(s)                    and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec No ·  4006

Defendant's Year of Birth·    1987

City and State of Defendant's Residence
Not Applicable

07/15/2026
Date of Imposition of Judgment

*Eli Richardson* (signature)
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

August 7, 2026
Date

DEFENDANT· RANDELL EDWARD GRIFFITH
CASE NUMBER: 3 22-cr-00356

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of

Time served (approximately 37 days)

☐  The court makes the following recommendations to the Bureau of Prisons.

☐  The defendant is remanded to the custody of the United States Marshal

☐  The defendant shall surrender to the United States Marshal for this district
    ☐  at _____  ☐ a m  ☐ p.m.  on  _____
    ☐  as notified by the United States Marshal

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
    ☐  before 2 p m  on  _____
    ☐  as notified by the United States Marshal.
    ☐  as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

Judgment—Page __3__ of __3__

DEFENDANT: RANDELL EDWARD GRIFFITH
CASE NUMBER: 3 22-cr-00356

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of .

2 years - same conditions as previously imposed with the following additional condition:

Immediately following the sentencing hearing - Defendant shall reside at Diersen Charities Residential Reentry Center (RRC) in Nashville, Tennessee, for a period of up to twelve months, and Defendant should be designated to reside there as soon as possible. Defendant may be discharged from the RRC at an earlier date if an acceptable residence is proposed and approved by the probation officer in advance. While residing at the RRC, Defendant shall comply with that facility's rules and regulations, with the following modification. The Court specifically orders the waiver of any requirement that Defendant pay subsistence while residing at the RRC. Instead, the Court orders that Defendant deposit into a personal savings account whatever percentage of his income would otherwise have been required toward substitence.